No. 99–8322 (99A684).   IN RE BRYAN.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.   Petition for writ of habeas corpus denied.

No. 99–8231 (99A658).   GOSS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG would grant the application for stay of execution.

No. 99–8351 (99A682).   BRYAN v. FLORIDA.   Sup. Ct. Fla.   Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

No. 99–8352 (99A685).   BRYAN v. FLORIDA.   C. A. 11th Cir. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 24, 2000

No. 99–1125.   KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM, INC. v. REIMER & KOGER ASSOCIATES, INC., ET AL.   C. A. 8th Cir.   Certiorari dismissed as to Shook, Hardy & Bacon; Frank P. Sebree; and Blackwell, Sanders, Matheny, Weary & Lombardi under this Court's Rule 46.1.

No. 99A688.   BEETS v. TEXAS BOARD OF PARDONS AND PAROLES ET AL.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.